**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

Jerald L. Baughman                                      Case No. 6:18-bk-02594-KSJ
                                                        Chapter 13

     Debtor(s).
_____/

**SECOND MOTION TO EXTEND TIME FOR FILING REQUIRED DOCUMENTS RE: (SUMMARY OF SCHEDULES; SCHEDULES A-J; STATEMENT OF FINANCIAL AFFAIRS; STATEMENT OF CURRENT MONTHLY INCOME AND MEANS TEST CALCULATION; CREDITOR MATRIX; ATTORNEY DISCLOSURE STATEMENT AND CHAPTER 13 PLAN)**

COMES NOW, Debtor, JERALD L BAUGHMAN, by and through the undersigned counsel, moves this Honorable Court for additional time for Debtors to file Required Documents (Summary of Schedules; Schedules A-J; Statement of Financial Affairs; Statement of Current Monthly Income and Means Test Calculation; Creditor Matrix; Attorney Disclosure Statement; and Chapter 13 Plan) hereafter "Required Documents", and would show:

1. On May 2, 2018 the Debtor filed a voluntary petition under Chapter 13.

2. Debtors was granted until June 1st, 2018 to get the required documents submitted to the Court (DE# 19), however more time is needed due to the complex nature of the case.

3. Debtor requests an additional seven (7) business days to file all required schedules and Plan.

WHEREFORE, Debtor prays that this Court will enlarge the time for filing the Required Documents an additional seven (7) business days to be filed by June 11, 2018.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been provided to Trustee Laurie Weatherford, PO Box 3450, Winter Park, FL 32790, via electronic transmission and to Debtor Jerald L Baughman, 2380 W Lake Brantley Drive, Longwood, FL 32779 via US Mail, on this 31st day of May, 2018.

Respectfully Submitted,

By: /s/ Wayne B. Spivak
Wayne B. Spivak, Esq.
Florida Bar No. 38191
Justin Clark & Associates, PLLC
Attorney for Debtor
500 Winderley Place, Unit 100
Maitland, FL 32751
Tel: 321-282-1055
Fax: 321-282-1051
Email: wspivak@youhavepower.com